UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                          Case No. 21-CR-110

PAUL S. OSTERMAN,

        Defendant.

---

## ORDER

---

Defendant Paul S. Osterman is charged in an indictment with sex trafficking a child under fourteen in violation of 18 U.S.C. § 1591, enticement of a minor in violation of 18 U.S.C. § 2422(b), and travel with intent to engage in illicit sexual activity in violation of 18 U.S.C. § 2423(b). The case is currently scheduled for trial to commence on February 14, 2022. On September 21, 2021, the Court granted Defendant's "Final Motion to Modify Motion Deadlines" and extended the motion date to September 24, 2021. No defense motion was filed by that time. On September 27, 2021, Defendant filed a "Motion for Leave to File Suppression Motion and Supporting Papers", in which the defendant asked that his attorney be granted leave to file a motion to suppress and a request for a *Franks* Hearing at some unspecified date.

To the extent that the motion is simply an indefinite motion for an extension of time, it is denied. The Court has already extended the motion deadline several times and declines to do so again absent some showing of good cause and an explanation of what the motion would be.

SO ORDERED at Green Bay, Wisconsin this 29th day of September, 2021.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                           United States District Judge