# CHRISTOPHER T. VAN WAGNER
**110 EAST MAIN STREET, SUITE 705**
**MADISON, WISCONSIN 53703**
**(608) 284-1200 FAX (608) 284-1260**

www.vanwagnerlaw.com                                              chris@chrisvanwagner.com

September 20, 2022

Honorable William C. Griesbach
United States District Court
125 S. Jefferson Street
Green Bay, Wisconsin 54301

      **RE:**   <u>USA v. Osterman</u> (Case 21-CR-00110)
             Letters in support of sentencing

Dear Judge Griesbach:

     Along with this cover letter, I am submitting two packets of letters for your consideration at sentencing in this matter. The first packet consists of letters from several members of Paul's family, including his parents. The second set of letters contains those from persons who have known Paul in various ways.

     These letters give you more of a picture of Paul's background from those who have known him well for many years. Obviously none of these good folks knew of Paul's crimes, and they admit as much. But to the extent that their thoughts and information helps you, they ask you to consider their comments. They are all aware of the range of the punishment available.

     Thank you for your consideration of these letters. I would add that we are planning to go forward with sentencing as scheduled. To the extent that the government's response to the motion for reconsideration says otherwise, that is incorrect although an understandable inference.

                                   Very truly yours,

                                   */s Christopher T. Van Wagner*

                                 CHRISTOPHER T. VAN WAGNER

Enclosures

Cc:     AUSA Marzick (via efiling)

_____
*CRIMINAL TRIAL LAWYER*
**FEDERAL & STATE CRIMES**         **DRUNK DRIVING**         **FELONIES & MISDEMEANORS**