**U.S. Department of Justice**
United States Marshals Service



# DETAINER
## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
**EASTERN DISTRICT OF WISCONSIN**
*(District)*

517 E. Wisconsin Ave., Suite 711
Milwaukee, WI 53202
414-297-3707

*(Return Address and Phone)*

*Please type or print neatly:*

TO: MARATHON COUNTY SHERIFF'S OFFICE
500 Forest St
Wausau, WI 54403, US

DATE: 09/29/2022
SUBJECT: OSTERMAN, PAUL
AKA:
DOB/SSN: ___86 / ___42
UCN/FID#: 11283211
USMS #: 51417-509
CR #: 1:2021-CR-00110

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the EASTERN District of WISCONSIN has issued a Judgment and Commitment Order against the subject. The attached Judgment and Commitment Order commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

> Imprisonment for 0 years, 300 months, 0 days; Plead Guilty of Sex Trafficking of a Child. Upon release from imprisonment, you will be on supervised release for a term of life.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

**RECEIPT**
Date: 9/29/2022
Signed: [signature]
By: Kelly Garrow
Title: Corrections Lieutenant

Very truly yours,

*Mykia Rosales*
(Signature)

Anna Ruzinski
U.S. Marshal

Requested by: MYKIA ROSALES

Form USM-16B
Rev. 02/2021