# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

GINA M. COLLETTI
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

October 5, 2022

Christopher T Van Wagner
Christopher Van Wagner SC
110 E Main St - Ste 705
Madison, WI 53703

Re:   **USA v. Paul S. Osterman**
      **USDC Case No.: 21-CR-110**

Dear Mr. Van Wagner:

Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on October 4, 2022. If a transcript is necessary and has not previously been ordered and filed, it may be ordered on the court's website at www.wied.uscourts.gov, under the "For Attorneys" tab, "Transcript Orders" section. Instructions for submitting the Seventh Circuit Transcript information are provided during the ordering process. If you are not ordering a transcript, complete the Seventh Circuit Transcript Information Sheet and file it directly with the U.S. Court of Appeals. Do not file this document with the District Court.

The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the notice of appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. Counsel must review the docket sheet within 21 days of filing the notice of appeal to ensure that the record is complete.

Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

s/ Mara A. Corpus
Deputy Clerk, Appeals